IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. Cr. S 91-190 JAM |
| Plaintiff, | ) | **ORDER GRANTING IN FORMA PAUPERIS STATUS AND APPOINTING COUNSEL** |
| v. | ) | |
| ROBERT L. TANNER, | ) | |
| Defendant. | ) | |
| _____ | ) | |

Defendant has filed a motion for appointment of counsel, an application to proceed in forma pauperis, and a motion for reduction in sentence pursuant to 18 U.S.C. § 3582(c). (CR ## 187, 188, 190.)

Pursuant to defendant's request, and good cause appearing therefor, the application to proceed in forma pauperis is GRANTED, and the Office of the Federal Defender and Assistant Federal Defender David M. Porter is hereby appointed to represent defendant with respect to his motion for reduction in sentence. 18 U.S.C. § 3006A.

/ / /

/ / /

/ / /

/ / /

A status conference in this matter is set for May 19, 2009, at 9:30 a.m. in Courtroom #6.

DATED: April 23, 2009

/s/ John A. Mendez
HONORABLE JOHN A. MENDEZ
United States District Judge