DANIEL J. BRODERICK, #89424
Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
ROBERT LEE TANNER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. Cr. S 91-190 JAM |
| Plaintiff, | **STIPULATED MOTION and ORDER TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)** |
| v. | |
| ROBERT LEE TANNER, | **RETROACTIVE CRACK COCAINE REDUCTION CASE** |
| Defendant. | |

Defendant, ROBERT LEE TANNER, by and through his attorney, Assistant Federal Defender David M. Porter, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney Mary L. Grad, hereby stipulate as follows:

    1.    Pursuant to 18 U.S.C. § 3582(c)(2), this Court may reduce the term of imprisonment in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. § 994(o);

    2.    The sentencing range applicable to Mr. Tanner was subsequently lowered by the United States Sentencing Commission in Amendment 706 by two levels;

3. Based upon the facts and circumstances of this case, including: (1) the fact that Mr. Tanner did not receive any benefit from either the plea bargain or *Bailey v. United States*, 516 U.S. 137 (1995); (2) the relatively minor and non-violent nature of Mr. Tanner's prior convictions; and, (3) his positive post-sentencing conduct, the parties agree that the defendant's offense level is reduced from 38 to 36, and an appropriate sentence taking into consideration all the factors set forth in 18 U.S.C. § 3553(a) would be 260 months on all counts;

4. Accordingly, the parties request the court enter the order lodged herewith reducing Mr. Tanner's term of imprisonment to an aggregate term of 260 months on all counts.

Dated:  June 12, 2009

Respectfully submitted,

| | |
|---|---|
| LAWRENCE G. BROWN<br>United States Attorney | DANIEL J. BRODERICK<br>Federal Defender |
| /s/ *Mary L. Grad*<br>MARY L. GRAD<br>Assistant U.S. Attorney | /s/ *David M. Porter*<br>DAVID M. PORTER<br>Assistant Federal Defender |
| Attorney for Plaintiff<br>UNITED STATES OF AMERICA | Attorney for Movant<br>ROBERT LEE TANNER |

**ORDER**

This matter came before the Court on the motion of the defendant for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2), filed November 13, 2008. The matter is set for status on July 7, 2009, but in light of the parties' stipulation, that hearing is VACATED.

On November 5, 1998, this Court resentenced Mr. Tanner to a term of imprisonment of 352 months. The parties agree, and the Court finds, that application of the retroactive amendment reducing crack cocaine

STIPULATED MOTION and ORDER TO REDUCE SENTENCE
-2-

penalties reduces the applicable offense level from 38 to 36, and that an appropriate sentence taking into consideration all the factors set forth in 18 U.S.C. § 3553(a) would be 260 months.

    IT IS HEREBY ORDERED that the term of imprisonment originally imposed is reduced to an aggregate term of 260 months on all counts;

    IT IS FURTHER ORDERED that all other terms and provisions of the original judgment remain in effect.

    Unless otherwise ordered, Mr. Tanner shall report to the United States Probation office closest to the release destination within seventy-two hours after his release.

Dated:  June 12, 2009

/s/ John A. Mendez  
HONORABLE JOHN A. MENDEZ  
United States District Judge

STIPULATED MOTION and ORDER TO REDUCE SENTENCE
-3-