# UNITED STATES DISTRICT COURT
for the

EASTERN District of CALIFORNIA

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| ROBERT LEE TANNER | ) | Case No: 02:91CR00190 -02 |
| | ) | USM No: 05562-097 |
| Date of Previous Judgment: 11/05/1998 | ) | DAVID M. PORTER, AFD |
| (Use Date of Last Amended Judgment if Applicable) | ) | Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
☐ DENIED. ☒ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __352__ months **is reduced to** __260 MONTHS__.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

| Previous Offense Level: | 38 | Amended Offense Level: | 36 |
|---|---|---|---|
| Criminal History Category: | VI | Criminal History Category: | VI |
| Previous Guideline Range: | 360 Months to LIFE months | Amended Guideline Range: | 292 to 365 months |

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
☒ The reduced sentence is within the amended guideline range.

**III. ADDITIONAL COMMENTS**
The sentence consists of 260 months on each of Counts 1 and 2, to be served concurrently, for a total term of 260 months.

Except as provided above, all provisions of the judgment dated __11/05/1998__ shall remain in effect.
**IT IS SO ORDERED**.

Order Date: 06/12/2009                                    /s/ John A. Mendez
                                                          Judge's signature

Effective Date: _____                              JOHN A. MENDEZ
(if different from order date)                            Printed name and title