UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

MEMORANDUM

FILED
NOV 1 6 2011
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

Honorable John A. Mendez
United States District Judge
Sacramento, California

RE:   Robert Lee TANNER
      Docket Number: 2:91CR00190-02
      <u>EARLY TERMINATION RESPONSE</u>

Your Honor:

The following memorandum is in response to the motion for termination of supervised release filed by Mr. Tanner on October 31, 2011.

Mr. Tanner seeks early termination of supervision as he has reached the statutory requirement allowing for his motion. Mr. Tanner states he has remained incident and violation free, has met his financial responsibility, attends church regularly, and is enrolled in school at San Joaquin County Delta College.

The probation office opposes Mr. Tanner's request at this time. Generally the probation office requires completion of at least two-thirds of a term of supervised release in addition to compliance while under supervision before recommending early termination from supervision. For the first 18 months of his term of supervised release, Mr. Tanner was encouraged and directed to seek and maintain gainful employment or attend school. However, he failed to adhere to the probation officer's directive until recently. Additionally, his lack of employment and financial resources have had his financial stability in question. This officer is encouraged by Mr. Tanner's actions to enroll in school, and it is believed if he is sincere in his actions, he will present as a more viable candidate for an early

RE: Robert Lee TANNER
Docket Number: 2:91CR00190-02
EARLY TERMINATION RESPONSE

termination in the future. However, given his overall adjustment under supervision, his history and characteristics, the seriousness of the offense, and limited time under supervised release, a recommendation of early termination by the probation office is not supported at this time.

Respectfully submitted,

/s/ George A. Vidales
**GEORGE A. VIDALES**
**Senior United States Probation Officer**

Dated: November 8, 2011
Elk Grove, California
GAV/cj

REVIEWED BY: /s/ Michael A. Sipe
**MICHAEL A. SIPE**
**Supervising United States Probation Officer**

cc: Defendant
To be assigned, Assistant United States Attorney

---

Motion denied jam

AGREE: ✓                           DISAGREE: _____

JOHN A. MENDEZ                                      11-16-2011
United States District Judge                         DATE

Rev. 11/2009
MEMO ~ COURT.MRG